# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BENNETT GRIMES,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN WILLIAMS, et al.,<br><br>    Respondents. | Case No. 2:19-cv-00663-GMN-GWF<br><br>**ORDER** |

Respondents having filed a motion for extension of time (first request) (ECF No. 10), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for extension of time (first request) (ECF No. 10) is **GRANTED**. Respondents will have up to and including October 30, 2019, to file an answer or other response to the petition (ECF No. 7).

DATED: August 15, 2019

_____
GLORIA M. NAVARRO
Chief United States District Judge

1