# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BENNETT GRIMES,<br><br>        Petitioner,<br><br>    v.<br><br>BRIAN WILLIAMS, et al.,<br><br>        Respondents. | Case No. 2:19-cv-00663-GMN-GWF<br><br>**ORDER** |

Respondents having filed a motion for extension of time (second request) (ECF No. 12), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for extension of time (second request) (ECF No. 12) is **GRANTED**. Respondents will have up to and including January 3, 2020, to file an answer or other response to the petition (ECF No. 7).

DATED: November 1, 2019

_____
GLORIA M. NAVARRO
Chief United States District Judge