# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BENNETT GRIMES, | Case No. 2:19-cv-00663-GMN-EJY |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents having filed a motion for extension of time (third request) (ECF No. 14), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for extension of time (third request) (ECF No. 14) is **GRANTED**. Respondents will have up to and including February 3, 2020, to file an answer or other response to the petition (ECF No. 7).

DATED: January 7, 2019

GLORIA M. NAVARRO
Chief United States District Judge

1