UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BENNETT GRIMES,

          Petitioner,

   v.

BRIAN WILLIAMS, et al.,

          Respondents.

Case No. 2:19-cv-00663-GMN-EJY

**ORDER**

    Petitioner has filed one document, which has been docketed as two motions. First is a motion for extension of time to file reply (ECF No. 31). The court finds good cause to grant petitioner additional time to file a reply to the answer (ECF No. 29). The second is a motion for appointment of counsel (ECF No. 32). Petitioner has not given the court any reason to depart from its denial of his earlier motion for appointment of counsel (ECF No. 6).

    IT THEREFORE IS ORDERED that petitioner's motion for extension of time to file reply (ECF No. 31) is **GRANTED**. Petitioner will have up to and including May 18, 2020, to file a reply to the answer (ECF No. 29).

///

///

///

///

1

IT FURTHER IS ORDERED that petitioner's motion for appointment of counsel (ECF No. 32) is **DENIED**.

DATED: March 17, 2020

_____
GLORIA M. NAVARRO
United States District Judge